No. 669. J. T. WOODWARD, PETITIONER, *v.* JAMES D. DAVID-SON ET AL. April 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George R. Peck, Mr. H. H. Field* and *Mr. E. C. Hughes* for petitioner. *Mr. Edward Brady* for respondents.

No. 675. EVA T. BROUGH ET AL., PETITIONERS, *v.* CHARLES K. SEYMOUR. April 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Presley K. Ewing* for petitioners. *Mr. Roger W. Butterfield* and *Mr. Willard F. Keeney* for respondent.

No. 678. ROBERT H. KABOSCH, PETITIONER, *v.* WILLIAM H. HAND, TRUSTEE, ETC. April 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James L. Hopkins* for petitioner. *Mr. Edwin C. Brandenburg* and *Mr. F. W. Brandenburg* for respondent.

No. 665. LUTCHER AND MOORE LUMBER COMPANY ET AL., PETITIONERS, *v.* WILLIAM H. KNIGHT ET AL. April 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. A. P. Pujo* for petitioners. No appearance for respondents.

No. 681. E. H. McCUTCHEN & CO. ET AL., PETITIONERS, *v.* A. N. BORT. April 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Elbert H. Hubbard* for petitioners. No appearance for respondent.